GALLAGHER KANE AMAI
Attorneys at Law, A Law Corporation

J. PATRICK GALLAGHER   3417-0
CATHY S. JUHN   7877-0
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
Tel. No. 531-2023
Fax No. 531-2408

Attorneys for Defendant
CLARA KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES F. LOY,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARA KIM; EAN HOLDINGS, LLC dba ENTERPRISE RENT-A-CAR; JOHN DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. _____<br><br>DEFENDANT CLARA KIM'S NOTICE OF REMOVAL OF A CIVIL ACTION; DECLARATION OF CATHY S. JUHN; EXHIBITS "A"-"B"; CERTIFICATE OF SERVICE |

## DEFENDANT CLARA KIM'S
## NOTICE OF REMOVAL OF A CIVIL ACTION

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT
        COURT FOR THE DISTRICT OF HAWAI'I

PLEASE TAKE NOTICE that Defendant Clara Kim ("Defendant") hereby removes to the United States District Court for the District of Hawaii the Circuit Court of the Third Circuit, State of Hawaii action described below, pursuant to 28 U.S.C. §§ 1441 and 1446.

Pursuant to 28 U.S.C. § 1332, this Court has subject matter jurisdiction to adjudicate claims where diversity of citizenship exists and the amount of controversy exceeds $75,000, exclusive of interest and costs.

The grounds for removal are as follows:

1. On February 2, 2016, Plaintiff James F. Loy ("Plaintiff") filed a Complaint against Defendant, Civil No. 16-1-039K in the Circuit Court of the Third Circuit, State of Hawaii. A true and correct copy of the Complaint is attached hereto as Exhibit "A".

2. The Request to Exempt Case from the Court Annexed Arbitration Program, filed by Plaintiff on July, 22, 2016 states that the amount in controversy, exclusive of interest and costs, exceeds the $75,000 jurisdictional threshold under 28 U.S.C. § 1332(a) and that this action is therefore removable. A true and correct copy of the Request to Exempt Case from the Court Annexed Arbitration Program is attached hereto as Exhibit "B".

3. No other process, pleadings, or orders have been served upon Defendant in this action.

4. Plaintiff's Complaint alleges injuries and/or damages as a result of a motor vehicle accident on or about August 16, 2014 alleging negligent driving by Defendant while entering into a traffic lane.

5. Defendant was served with the Summons and Complaint on July 27, 2016. Defendant retained counsel on July 28, 2016. The deadline to respond to the Complaint is August 16, 2016.

2

6. Plaintiff's action involves citizens of different states. In this regard, Plaintiff alleges in his Complaint that at all relevant times he was an individual residing in the State of Hawaii and within the County of Hawaii. Defendant at all relevant times was an individual residing in the State of California. Defendant EAN Holdings, LLC. is a Foreign Limited Liability Company Incorporated in the State of Delaware and is registered in the State of Hawaii. Therefore, there is complete diversity between Plaintiff and Defendants in this action.

7. Plaintiff's Complaint was filed on February 2, 2016 in this action. Defendant was served the initial pleadings on July 27, 2016. Thus, this Notice of Removal is filed with this Court within 30 days after the date the receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based therefore it is removable pursuant to 28 U.S.C. § 1446(b)(1).

8. This Court has original jurisdiction of this action pursuant to 28 U.S.C § 1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

9. Defendant will promptly file a copy of this petition for removal with the Circuit Court of the Third Circuit, State of Hawaii.

Wherefore, Defendant prays that this action be removed from the Circuit Court to this Court.

DATED: Honolulu, Hawaii, August 9, 2016.

/s/ Cathy S. Juhn
J. PATRICK GALLAGHER
CATHY S. JUHN

Attorneys for Defendant
CLARA KIM