FILED

Donald A. Ellison, Esq. 7524
Law Offices of Donald A. Ellison
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, HI 96740
(808) 329-4414   (877) 290-5695 Fax

2016 FEB -2  AM II: 17

L. KITAOKA, CLERK
THIRD CIRCUIT COURT
STATE OF HAWAII

ATTORNEY FOR PLAINTIFF

## IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

### STATE OF HAWAII

16 - 1 - 0 3 9 K

| | |
|---|---|
| JAMES F. LOY, | ) Civil No. _____ |
| Plaintiff, | ) (Kona) |
| | ) (Motor Vehicle Tort) |
| vs. | ) |
| CLARA KIM, EAN HOLDINGS, LLC, | ) COMPLAINT; SUMMONS |
| dba ENTERPRISE RENT-A-CAR; | ) |
| JOHN DOES 1-10, DOE | ) |
| CORPORATIONS 1-10, DOE | ) |
| PARTNERSHIPS 1-10, and | ) |
| GOVERNMENTAL AGENCIES 1-10, | ) |
| Defendants. | ) |

## COMPLAINT

1. Plaintiff James Loy was at all times mentioned herein a resident of Kailua-Kona, County and State of Hawaii. The claims for relief herein arose in Kailua-Kona, County and State of Hawaii, and are within the jurisdiction of this Court.

2. Defendant Clara Kim was at all times mentioned herein a resident of Millbrae, County of San Mateo, State of California.

3. Defendant EAN HOLDINGS, LLC, is a foreign limited liability company, incorporated in the State of Delaware, and registered in the State of Hawaii on April 14,

I hereby certify that this is a full, true and correct copy of the original on file in this office.

Clerk, Third Circuit Court, State of Hawaii

2009, and doing business in Hawaii as "Enterprise Rent-a-Car".

4. The true names and capacities, whether individual or otherwise, associate or otherwise, of Defendants JOHN DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and GOVERNMENTAL AGENCIES 1-10, and each of them are unknown to Plaintiff, who therefore sues those Defendants by fictitious names.  Plaintiff is informed and believes and thereon alleges that Defendants designated as JOHN DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and GOVERNMENTAL AGENCIES 1-10, inclusive, and each of them, are negligently or otherwise responsible in some way or ways for the accident, events, happenings and occurrences herein referred to, proximately to Plaintiff, as herein alleged.

5. Defendants JOHN DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and GOVERNMENTAL AGENCIES 1-10 are sued herein under fictitious names for the reason that their true identities are presently unknown to Plaintiff.  Plaintiff will seek leave to amend the Complaint when the true names and capacities of Defendants JOHN DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and GOVERNMENTAL AGENCIES 1-10 have been ascertained.

6. On or about August 16, 2014, Plaintiff was driving his KTM 525 motorcycle on a straightaway in a northerly direction on Alii Drive in Kailua-Kona, Hawaii, at approximately 6:40 p.m.  Meanwhile, Defendant Kim, driving a Jeep Compass SUV rented from and owned by EAN HOLDINGS, LLC., dba Enterprise Rent-A-Car, was traveling east towards Alii Drive on a private roadway near Utility Pole 449, across from Magic Sands Beach Park.  Defendant Kim then negligently entered the north bound traffic lane of Alii Drive, directly in front of Plaintiff Loy's motorcycle.  Plaintiff Loy's

motorcycle collided with her SUV while Plaintiff was still driving on Alii Drive.  Said

negligent driving by Defendant Kim caused Plaintiff serious injuries and other damages,

including but not limited to traumatic permanent right shoulder injury, chest (rib

fractures) injury, traumatic permanent injury to his right foot (multiple fractures), and

multiple lacerations.

7. Said negligence on the part of Defendant Kim and/or other persons or entities

who are or may become Defendants herein was a cause in fact and proximate cause of

said injuries and damages to Plaintiff.

8. As a further proximate result thereof, Plaintiff has suffered serious injuries

resulting in pain of body and mind, and will in the future suffer serious permanent

injuries resulting in pain of body and mind, a loss of earnings, and a loss of ability to

conduct his occupation, as well as his personal hobbies and other activities.  Plaintiff

has also incurred medical expenses and other special damages in amounts to be

determined at a trial or hearing hereof.

///

///

///

///

///

WHEREFORE, Plaintiff prays for Judgment against Defendants, or each of them, in the following amounts:

(1) For general damages in amounts to be determined at a trial or hearing;

(2) For special damages in amounts to be determined at a trial or hearing; and

(3) For such other and further amounts or relief as the Court deems just and equitable, together with Plaintiff's costs, prejudgment interest pursuant to Hawaii Revised Statutes §636-16, as amended, and post-judgment interest thereon.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

DATED:  Kailua-Kona, Hawaii, _L-27-16_ , 2016.

DONALD A. ELLISON
Attorney for Plaintiff

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMES F. LOY, | ) Civil No. _____ |
| | ) |
| Plaintiff, | ) (Kona) |
| | ) (Motor Vehicle Tort) |
| vs. | ) |
| | ) SUMMONS |
| CLARA KIM, EAN HOLDINGS, LLC, | ) |
| dba ENTERPRISE RENT-A-CAR; | ) |
| JOHN DOES 1-10, DOE | ) |
| CORPORATIONS 1-10, DOE | ) |
| PARTNERSHIPS 1-10, and | ) |
| GOVERNMENTAL AGENCIES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**SUMMONS**

STATE OF HAWAII
To the above-named Defendant(s):

To File with the court

YOU ARE HEREBY SUMMONED, and required to serve upon DONALD A.

ELLISON, Attorney at Law, whose address is 75-5737 Kuakini Highway, Suite 102,

Kailua-Kona, Hawaii, 96740, an Answer to the Complaint which is herewith served upon

you, within twenty (20) days after service of this Summons upon you, exclusive of the

day of service, OR within such time as is provided by law. If you fail to do so, Judgment

by default will be taken against you for the relief demanded in the Complaint. This

summons shall not be personally served between 10:00 p.m. and 6:00 a.m. on

premises not open to the public, unless a Judge of the District or Circuit Courts permits,

in writing on this Summons, personal delivery during those hours.

FEB 0 2 2016

DATED:     Kealakekua, Hawaii, _____, 2015.

L. KITAOKA (SEAL)

_____
CLERK OF THE ABOVE-ENTITLED COURT

-2-

CIVIL CASE NO. __16 - 1 - 0 3 9 K__   HAS BEEN

ASSIGNED TO JUDGE _____ **RONALD IBARRA** ____.

To set a court hearing, please contact the appropriate Judge's Staff at:

Ronald Ibarra
Third Circuit Court - Third Division
79-1020 Haukapila Street
Kealakekua, HI 96750
Phone: 443-2210

Melvin H. Fujino
Third Circuit Court - Fourth Division
81-940 Haleki'i Street
Kealakekua, HI 96750
Phone: 322-8755

Please mail all filings to:   Third Circuit Court - Kona Division
79-1020 Haukapila Street
Kealakekua, HI 96750

Please note ADA new numbers:
ADA COORDINATOR: 961-7424, FAX NO. 961-7411 and TTY 961-7422