GALLAGHER KANE AMAI
Attorneys at Law, A Law Corporation

J. PATRICK GALLAGHER   3417-0
CATHY S. JUHN   7877-0
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
Tel. No. 531-2023
Fax No. 531-2408
Email: cjuhn@insurlawhawaii.com

Attorneys for Defendant
CLARA KIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES F. LOY, | CIVIL NO. 16-00445 LEK-RLP |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |
| CLARA KIM; EAN HOLDINGS, LLC dba ENTERPRISE RENT-A-CAR; JOHN DOES 1-10; DOE CORPORATIONS1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | TRIAL DATE: October 11, 2017 JUDGE: Hon. Leslie E. Kobayashi |
| Defendants. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES F. LOY and Defendant CLARA KIM, by and through their respective counsel, do hereby stipulate that the Complaint filed herein on February 2, 2016, be and are hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

A Stipulation for Partial Dismissal for claims against Defendant EAN HOLDINGS, LLC dba ENTERPRISE RENT-A-CAR dated January 30, 2017 was filed on February 7, 2017 and approved and so ordered by United States District Judge, Honorable Leslie E. Kobayashi.

Trial in this matter is scheduled to commence on October 11, 2017.

All remaining parties have signed this stipulation.

All other claims, cross-claims and parties are dismissed with prejudice. There are no remaining parties and/or issues in this lawsuit.

DATED: Honolulu, Hawaii, June 13, 2017.

| | |
|---|---|
| /s/ Cathy S. Juhn | /s/ Ian L. Mattoch |
| J. PATRICK GALLAGHER | IAN L. MATTOCH, ESQ. |
| CATHY S. JUHN | |
| | |
| Attorneys for Defendant | Attorney for Plaintiff |
| CLARA KIM | JAMES F. LOY |